UNITED STATES DISTRICT COURT FOR THE MIDDLE
DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| HEATHER BUCK and<br>JOSE GUADELUPE<br>ARIAS-MARAVILLA<br><br>v.<br><br>DOROTHY STANKOVIC,<br>Register of Wills for Luzerne<br>County (in her individual and<br>Official capacities) | CIVIL ACTION NO. 07-cv-717 |

**STIPULATION TO EXTEND TIME TO ANSWER COMPLAINT**

It is hereby stipulated by and between John J. Grogan, Esquire, counsel for Plaintiffs, Heather Buck and Jose Guadelupe Arias-Maravilla and Harry G. Mahoney, Esquire, counsel for Defendant Dorothy Stankovic, Register of Wills of Luzerne County, that the Defendant will have an extension of twenty (20) days or until May 26, 2007 in which to Answer Plaintiffs' Complaint.

LANGER & GROGAN, P.C.                    DEASEY, MAHONEY & BENDER, LTD.

BY: _____              BY: _____
    JOHN J. GROGAN, ESQUIRE                  HARRY G. MAHONEY, ESQUIRE
    Attorneys for Plaintiffs                  Attorneys for Defendant

APPROVED BY THE COURT:

_____
                                                                        J.